IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

*In re:*

CASE NO. 14-30492-KKS
CHAPTER 13

LINDA G. GRANT,

   Debtor.

_____/

### RESPONSE IN AGREEMENT TO MOTION TO DEEM CURRENT

Comes now, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST ("Secured Creditor"), a secured creditor in the above-styled cause, and files this response to and agreement with the Debtor's Motion for Order Deeming Mortgage with Secured Creditor and states as follows:

1. On September 11, 2019, the Debtor filed the Motion to Deem Mortgage Current (DE 84).

2. As of the filing of this response, the mortgage loan between the Debtor and Secured Creditor is due for the October 1, 2019 payment, and is otherwise current.

**WHEREFORE**, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUSTrespectfully requests the Court enter an order granting the Debtor's Motion to Deem Mortgage Current, confirming the Debtor's Loan with Secured Creditor is due for the October 1, 2019 payment, and for such other relief that the Court deems just.

    Respectfully submitted,
    HOWARD LAW GROUP

    /s/ Matthew Klein
    MATTHEW B. KLEIN
    FLORIDA BAR#: 73529
    450 N. Park Road, Ste. 800
    Hollywood, FL 33021
    Telephone: 954-893-7874
    Fax: 888-235-0017
    Email: matthew@howardlaw.com

**I HEREBY CERTIFY** that on October 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Robert R. McDaniel, II, Esq., 103 N. DeVillers Street, Pensacola, FL 32502

Leigh D. Hart, Trustee, PO Box 646, Tallahassee, FL, 32302

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301

and a true and correct copy was mailed to the non-CM/ECF participant:

Linda G. Grant, 110 North Harris Street, Pensacola, FL 32507

                                              Respectfully submitted,

                                              /s/ Matthew Klein
                                            MATTHEW B. KLEIN