**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**

IN RE:

    LINDA G. GRANT
        Debtor.

                                    /

Case No.    Case No. 14-30492-KKS
Chapter    13

## ORDER GRANTING DEBTOR(S) MOTION
## TO DEEM MORTGAGE CURRENT (DOC. 84)

This cause came before the Court upon Debtor's Motion to Deem Mortgage Current (Doc. 84). This Court having considered the matter and being advised that the secured creditor/lien holder (U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST) of the subject property filed a Response in Agreement to Motion to Deem Current (Doc. 91), it is

ORDERED that the Debtor's Motion to Deem Mortgage Current (Doc. 84) is GRANTED. The hearing set for October 16, 2019 at 9:00 a.m. is hereby cancelled.

DONE AND ORDERED on  October 11, 2019

_____
KAREN K. SPECIE
UNITED STATES BANKRUPTCY JUDGE

Attorney is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order

Prepared by:
Robert R. McDaniel, II, Attorney for Debtor